IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Renee E | Case Number:  08 B 02634 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/13/09 | Filed:  2/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 1, 2008
Confirmed: April 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,450.00 | |
| Secured: | | 2,297.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 152.50 |
| Other Funds: | | 0.00 |
| Totals: | 2,450.00 | 2,450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 3,300.00 | 0.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 21,697.56 | 2,297.50 |
| 4. | Illinois Dept of Revenue | Priority | 838.73 | 0.00 |
| 5. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 6. | Capital One | Unsecured | 1,534.86 | 0.00 |
| 7. | America's Financial Choice Inc | Unsecured | 358.39 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 1,320.11 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 599.33 | 0.00 |
| 10. | DeVry Institute of Technology | Unsecured | 373.16 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 614.08 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 4,075.32 | 0.00 |
| 13. | CitiFinancial Auto Credit Inc | Unsecured | 234.17 | 0.00 |
| 14. | America's Financial Choice Inc | Unsecured | 187.86 | 0.00 |
| 15. | Capital Recovery Systems | Unsecured | 382.06 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 645.34 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 237.74 | 0.00 |
| 18. | AAA Pay Day | Unsecured | | No Claim Filed |
| 19. | Cash Transfers Center | Unsecured | | No Claim Filed |
| 20. | Magnum Cash Advance | Unsecured | | No Claim Filed |
| 21. | Sonic | Unsecured | | No Claim Filed |
| 22. | Payday OK | Unsecured | | No Claim Filed |
| | | | $ 36,398.71 | $ 2,297.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jackson, Renee E

Printed: 01/13/09

Case Number: 08 B 02634
Judge: Hollis, Pamela S
Filed: 2/6/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 33.14 |
| 6.5% | 119.36 |
|  | $ 152.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

